FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2017 MAR -8 PM 3: 40

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

CASE NO. 6:17-CV-425-ORL-18-GJK

KIMBERLEY SCHWARTZ and
ELAYNA SCHWARTZ,

  Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

  Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (hereinafter STATE FARM), pursuant to 28 U.S.C. §1441 et seq., removes this action from the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida, styled Kimberley Schwartz and Elayna Schwartz v. State Farm Mutual Automobile Insurance Company, Case No. 2017-CA-000298, wherein Plaintiffs demand judgment against State Farm.

I. THE STATE COURT CASE

  1. On February 17, 2017, Plaintiffs served State Farm with the Complaint.

2. This Notice of Removal is filed within 30 days of receipt of this Complaint pursuant to 28 U.S.C. §1446(b).

3. The Complaint contains two counts seeking underinsured motorist benefits under the State Farm policy issued to Plaintiff, Kimberley Schwartz. Count I seeks underinsured motorist benefits on account of bodily injuries allegedly sustained by Plaintiff, Kimberley Schwartz, as a result of a June 24, 2015 motor vehicle accident. Count II seeks underinsured motorist benefits on account of bodily injuries allegedly sustained by Plaintiff, Elayna Schwartz, as a result of a June 24, 2015 motor vehicle accident.

4. Pursuant to 28 U.S.C. §1446(a) and Local Rule 4.02(b) of the United States District Court for the Middle District of Florida, State Farm files with this Notice of Removal, copies of all process, pleadings and orders served upon it (Exhibit A).

II. VENUE

5. Venue is proper in the Orlando Division of the Middle District of Florida because Seminole County is located within said division pursuant to 28 U.S.C. §1446(a) and Local Rule 1.02(b)(3) of the United States District Court for the Middle District of Florida.

2

**III. JURISDICTION**

6. Jurisdiction is proper in this court pursuant to 28 U.S.C. §1332 because there is complete diversity between the parties and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

7. There is complete diversity of citizenship. Plaintiffs are citizens of Florida (Exhibit A Complaint paragraph 2 and 3).

8. Defendant, State Farm, is a foreign corporation (Exhibit A Complaint paragraph 4). Pursuant to 28 U.S.C. §1332(c)(1), State Farm is a citizen of Illinois by virtue of being a corporation organized under the laws of Illinois and its principal place of business in Illinois.

9. The amount in controversy exceeds $75,000 exclusive of interest and costs. The Complaint alleges that uninsured/underinsured motorist coverage in the amount of $100,000 per person/$300,000 per accident is available to the Plaintiffs under the State Farm policy issued to Plaintiff, Kimberley Schwartz.

10. Additionally, Plaintiffs, through their counsel of record, served a settlement demand on State Farm in the amount of $100,000 claiming that Plaintiff, Kimberley Schwartz, sustained various personal injuries. This demand

was predicated on the Plaintiff's claim that she sustained injuries to her head, neck, low back, right hip and left shoulder. On November 3, 2015, the Plaintiff underwent left shoulder surgery performed by orthopedic surgeon Thomas Winters, M.D. Additionally, neurosurgeon Nizam Razack, M.D. has recommended neck surgery. Also, the records reflect that Plaintiff, Kimberley Schwartz, has incurred medical expenses of $42,940.92. A copy of attorney Mitchell's demand letter dated October 13, 2015, is attached hereto as Exhibit B.

11. Also, Plaintiffs, through their counsel of record served a second settlement demand on State Farm in the amount of $100,000 claiming that Plaintiff, Elayna Schwartz, sustained various personal injuries. This demand was predicated on the Plaintiff's claim that she sustained injuries to her neck, mid back, low back and head for which she was diagnosed with acute post-traumatic concussion syndrome with vertigo. Additionally, as of the date of the 12/03/15 settlement demand, Plaintiff, Elayna Schwartz, had incurred medical expenses of $19,124.97. A copy of attorney Mitchell's demand letter dated December 3, 2015, is attached hereto as Exhibit C.

12. Given the nature and extent of Plaintiffs' alleged injuries/damages and Plaintiffs' respective demands for $100,000 each, this case exceeds the $75,000 jurisdictional requirement exclusive of interest and costs.

**IV. CONCLUSION**

13. The above-described action is one in which the Court has original jurisdiction under the provisions of 28 U.S.C. §1332 and is one in which may be removed to this Court by Defendant herein pursuant to 28 U.S.C. §§1441 and 1446 in that:

> A. This is an action between citizens of different states; and
>
> B. This is a civil action in which the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

14. State Farm demands trial by jury on all issues so triable.

15. Promptly after filing this Notice of Removal, State Farm will give written notice to all adverse parties and will file a copy of this notice with the Clerk of the State Court, pursuant to 28 U.S.C. §1446(d).

5

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 8, 2017, I electronically submitted the foregoing document to the clerk of court for the United States District Court, Middle District of Florida, using the electronic case file system of the Court. The electronic case file system sent a "Notice of Electronic Filing" to the following individuals and a courtesy copy was also sent by email to: W. Clay Mitchell Jr., Esquire, Morgan & Morgan, P.A. (cmitchell@forthepeople.com, lbland@forthepeople.com, dramsey@forthepeople.com).

/s/F. Dean Hewitt
F. DEAN HEWITT, ESQUIRE
Florida Bar No.: 0623600
Email:
FDH.service@rissman.com
Rissman, Barrett, Hurt,
  Donahue, McLain & Mangan,
P.A.
201 E. Pine Street
Suite 1500
Post Office Box 4940
Orlando, Florida 32802-4940
Telephone: (407) 839-0120
Facsimile: (407) 841-9726
Attorneys for Defendant
dean.hewitt@rissman.com

FDH/ahc