

**CORPORATION SERVICE COMPANY**

# Notice of Service of Process

GDH / ALL
**Transmittal Number: 16256094**
**Date Processed: 02/17/2017**

| Primary Contact: | State Farm Enterprise SOP<br>Corporation Service Company- Wilmington, DELAWARE<br>2711 Centerville Road<br>Wilmington, DE 19808 |
|---|---|

| | |
|---|---|
| **Entity:** | State Farm Mutual Automobile Insurance Company<br>Entity ID Number 3461675 |
| **Entity Served:** | State Farm Mutual Automobile Insurance Company |
| **Title of Action:** | Kimberley Schwartz vs. State Farm Mutual Automobile Insurance Company |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Seminole County Circuit Court, Florida |
| **Case/Reference No:** | DFS#:17-000031150/2017-CA-000298-08-W |
| **Jurisdiction Served:** | Florida |
| **Date Served on CSC:** | 02/17/2017 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | Chief Financial Officer on 02/16/17 |
| **How Served:** | Electronic SOP |
| Sender Information: | W. Clay Mitchell<br>407-420-1414 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

2711 Centerville Road Wilmington, DE 19808 (888) 690-2882 | sop@cscglobal.com



EXHIBIT
**A**

*17-000031150*

CHIEF FINANCIAL OFFICER
JEFF ATWATER
STATE OF FLORIDA

| | |
|---|---|
| KIMBERLEY SCHWARTZ AND ELAYNA SCHWARTZ | **CASE #:** 2017-CA-000298-08-W |
| | **COURT:** CIRCUIT COURT |
| PLAINTIFF(S) | **COUNTY:** SEMINOLE |
| | **DFS-SOP #:** 17-000031150 |

VS.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

DEFENDANT(S)
_____/

SUMMONS, COMPLAINT, DISCOVERY

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by PROCESS SERVER on Thursday, February 16, 2017 and a copy was forwarded by ELECTRONIC DELIVERY on Friday, February 17, 2017 to the designated agent for the named entity as shown below.

        STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
        LYNETTE COLEMAN
        1201 HAYS STREET
        TALLAHASSEE FL 32301

**\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent fillings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080**

Jeff Atwater
Chief Financial Officer

W. CLAY MITCHELL, JR.
MORGAN & MORGAN, P.A.
9TH FLOOR
20 N. ORANGE AVENUE
ORLANDO FL 32801

SSD

Filing # 52054410 E-Filed 02/03/2017 03:40:20 PM

IN THE CIRCUIT COURT OF THE
18TH JUDICIAL CIRCUIT, IN AND
FOR SEMINOLE COUNTY, FLORIDA

CASE NO. 2017-CA-000298-08-W

KIMBERLEY SCHWARTZ AND
ELAYNA SCHWARTZ,

       Plaintiffs,

vs.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

    · Defendant.

_____/

**SUMMONS**

To all and singular sheriffs of said state:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the
Complaint, Request for Admissions, Request for Documents and Interrogatories, in the above-
styled cause upon the Defendant:

**State Farm Mutual Automobile Insurance Company**
**By serving its Registered Agent:**
**Chief Financial Officer**
**200 East Gaines Street**
**Tallahassee, FL 32399**

Each Defendant is hereby required to serve written defenses to said Complaint on:

**W. Clay Mitchell, Jr., Esquire**
**Morgan & Morgan, P.A.**
**20 North Orange Avenue, 9th Floor**
**Orlando, FL 32801**
**407-420-1414, fax 407-245-3416**
**CMitchell@forthepeople.com**

    **within 20 days after service of this Summons upon you, exclusive of the day of service. You
must file your original response with the Clerk in Room 401 of the Seminole County**

RECEIVED AS STATUTORY REGISTERED AGENT
on 16 February, 2017 and served on defendant or named party on 17 February, 2017
by the Florida Department of Financial Services

MCN. No. 111
is a certified process server in the
Circuit and County Courts
in and for the Second Judicial Circuit

Courthouse, or P.O. Box 8099, Sanford, FL 32772-8099, either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint.

## REQUESTS   FOR   ACCOMMODATIONS   BY   PERSONS   WITH DISABILITIES

     If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Court Administration, 301 North Park Avenue, Sanford, FL 32771 (407-665-4227), at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

     WITNESS my hand and the seal of this Court on this 8TH day of February, 2017

Grant Maloy
Clerk of Circuit Court And Comptroller

By: _____

As Deputy Clerk

2

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named above.

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los numbres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su centa, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted inviar por correo o entregar una copia de su respuesta a la persona denuminada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demanadante).

"De acuerdo con el Acto o' Decreto de los Americanos con Impedimentos Inhabilitados, personas en necesidad del servicio especial para particpar en estee procedimiento deberan, dentro de un tiempo razonable, antes de cualquier procedimiento, ponerse en un tiempo razonable, antes de cualquier procedimiento, ponerse en contacto con la oficina Administrativa de la Corte, Telefono (TDD) 1-800-955-8771 o (V) 1-800-955-8770, via Florida Relay System."

**IMPORTANT**

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger' vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

En accordance avec la Loi des "Americans With Disabilities". Les personnes en besoin d'une accomodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d'entreprendre aucune autre demarche, contracter l'office administrative de la Court situe au le telephone ou Telefono (TDD) 1-800-955-8771 ou (V) 1-800-955-8770, via Florida Relay

3

Filing # 52054410 E-Filed 02/03/2017 03:40:20 PM

IN THE CIRCUIT COURT OF THE
18TH JUDICIAL CIRCUIT, IN AND
FOR SEMINOLE COUNTY, FLORIDA

CASE NO.

KIMBERLEY SCHWARTZ AND
ELAYNA SCHWARTZ,

        Plaintiffs,

vs.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

        Defendant.

_____ /

## REQUEST FOR ADMISSIONS

COME NOW the Plaintiffs, by and through their undersigned counsel, pursuant to Rule 1.370, Florida Rules of Civil Procedure, and hereby request that Defendant admit the following within 45 days from date of service:

1.    At all times material to the Complaint, Defendant was and is a corporation licensed to do business in the State of Florida, and engaged in the business of automobile insurance.

2.    Defendant maintains agents in Seminole County, Florida, to transact its customary business in Orange County, Florida.

3.    Defendant insured Plaintiff under an insurance policy which provides Uninsured/Underinsured Motorist Protection benefits for the motor vehicle accident which is the subject of the Complaint.

4.    The above-described automobile policy which Defendant issued was in full force and effect for the subject accident and provides coverage for Uninsured/Underinsured Motorist Protection benefits for the personal injuries that Plaintiffs sustained in the subject accident.

5.    The above-styled Court, in and for Seminole County, Florida, has jurisdiction over the Plaintiffs' claim against the Defendant.

6.    Defendant failed to pay the Plaintiffs' Uninsured/Underinsured Motorist Protection claim without "reasonable proof to establish" that Defendant was not responsible for the payment.

7.    Plaintiffs' policy with Defendant is required to conform to all requirements of Sections 627.727, Florida Statutes.

8.    Plaintiffs' policy with Defendant, even if it does not by its own terms comply with the requirements set forth in Sections 627.727 Florida Statutes, is deemed to provide insurance for the payment of the required benefits and should be interpreted to meet the other requirements set forth in the Florida Statutes.

9.    A multiplier of the Load Star for attorneys' fees would be appropriate if Plaintiff has a contingent fee contract with the undersigned law firm.

10.    Five Hundred Dollars ($500.00) per hour is a reasonable hourly rate for the undersigned law firm to charge based on the charges customarily charged in this community for the same or similar services.

11.    Please admit that Plaintiffs were not negligent in any way which contributed to the motor vehicle accident which is the subject of the Complaint.

2

Dated this 3rd day of February, 2017

         /s/ W. Clay Mitchell, Jr.
W. Clay Mitchell, Jr., Esquire
FBN: 0077488
Morgan & Morgan, P.A.
20 N. Orange Avenue, 9th Floor
Orlando, FL 32801
407-420-1414, fax 407-245-3416
Attorneys for Plaintiffs
CMitchell@forthepeople.com
LBland@forthepeople.com
DRamsey@forthepeople.com

Filing # 52054410 E-Filed 02/03/2017 03:40:20 PM

IN THE CIRCUIT COURT OF THE
18TH JUDICIAL CIRCUIT, IN AND
FOR SEMINOLE COUNTY, FLORIDA

CASE NO.

KIMBERLEY SCHWARTZ AND
ELAYNA SCHWARTZ,

        Plaintiffs,

vs.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

        Defendant.

_____/

### REQUEST FOR DOCUMENTS

COME NOW the Plaintiffs, by and through their undersigned counsel, pursuant to Rule 1.350, Florida Rules of Civil Procedure, and hereby request that Defendant produce for inspection or copying the documents set forth below. Defendant shall produce these documents within 45 days after service of this Request for Documents.

1.      All insurance policies that would inure to the benefit of Plaintiffs, together with any declaration of coverage page and sworn statement of a corporate officer of Defendant attesting to the coverage and authenticity of the policy as required by Florida Statutes.

2.      All internal procedural memos, regarding the handling of uninsured Motorist claims, which were in effect during the last 12 months.

3.      Defendant's latest claims manual on processing Uninsured Motorist claims.

4.      Defendant's most recent claims manual on processing and handling auto insurance claims in general.

5.     A copy of Defendant's standards for the proper investigation of claims, in effect at any time during the last 12 months.

6.     Copies of any and all leaflets, brochures, memoranda, correspondence, warnings, or policies, disseminated by Defendant or any of Defendant's agents, employees, or representatives, and in effect during the last 12 months, which set forth procedures, comments, suggestions, guidelines or criteria for handling, adjusting, investigating, or settling Uninsured Motorist claims.

7.     Correspondence or Complaint forms which Defendant or anyone adjusting claims on Defendant's behalf received during the last 12 months from any field operation office of The Florida Department of Insurance concerning the handling of Uninsured Motorist claims.

8.     Copies of Defendant's standards for the proper handling, investigation and recording of all complaints received from insured or from The Florida Department of Insurance which were in effect at any time during the last 12 months.

9.     Copies of any and all leaflets, brochures, memoranda, correspondence, warnings or policies, disseminated by Defendant or any of Defendant's agents, employees, or representatives, and in effect during the last 12 months, which set forth procedures, comments, suggestions, guidelines or criteria for handling, investigating, resolving or settling complaints from insured or The Florida Department of Insurance regarding the handling of claims.

10.     Any and all information bulletins Defendant received from The Florida Department of Insurance between December 20, 1999 and the present concerning the handling of uninsured Motorist claims.

11.     Any and all surveillance reports, claims history reports or other investigative reports claims Defendant or anyone acting on Defendant's behalf prepared with regard to Plaintiffs.

2

12.     Any and all surveillance films or photographs Defendant or anyone acting on Defendant's behalf took of the Plaintiffs.

13.     The entire Personal Injury Protection file, including an up-to-date PIP and medical payments payout sheet concerning the Plaintiffs.

14.     Any and all statements Defendant or anyone acting on Defendant's behalf took of Plaintiffs or any witnesses.

15.     Any and all photographs Defendant or anyone acting on Defendant's behalf took showing the extent of damage to the motor vehicles involved in the accident.

16.     Any and all photographs Defendant or anyone acting on Defendant's behalf took of the scene of the accident at any time prior to the filing of suit.

17.     Any and all estimates of repair or statements concerning the nature and extent of damage to the motor vehicles involved in the accident.

18.     Any and all writings, memorandums, notes or other materials reflecting Defendant's examination of the motor vehicles involved in the accident.

19.     Any and all records reflecting the towing of the motor vehicles involved in the accident from the scene of the accident.

3

Dated this 3rd day of February, 2017

                              /s/ W. Clay Mitchell, Jr.
W. Clay Mitchell, Jr., Esquire
FBN: 0077488
Morgan & Morgan, P.A.
20 N. Orange Avenue, 9th Floor
Orlando, FL 32801
407-420-1414, fax 407-245-3416
Attorneys for Plaintiff
CMitchell@forthepeople.com
LBland@forthepeople.com
DRamsey@forthepeople.com

4

Filing # 52054410 E-Filed 02/03/2017 03:40:20 PM

IN THE CIRCUIT COURT OF THE
18TH JUDICIAL CIRCUIT, IN AND
FOR SEMINOLE COUNTY, FLORIDA

CASE NO.

KIMBERLEY SCHWARTZ AND
ELAYNA SCHWARTZ,

           Plaintiffs,

vs.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

           Defendant.

_____ /

## NOTICE OF SERVICE OF INTERROGATORIES

COME NOW the Plaintiffs, by and through their undersigned counsel, pursuant to Rule

1.340, Florida Rules of Civil Procedure, and hereby give notice of propounding Interrogatories to

Defendant, to be answered within 45 days from date of service.

Dated this 3rd day of February, 2017

                                /s/ W. Clay Mitchell, Jr.
                              W. Clay Mitchell, Jr., Esquire
                              FBN: 0077488
                              Morgan & Morgan, P.A.
                              20 N. Orange Avenue, 9th Floor
                              Orlando, FL 32801
                              407-420-1414, fax 407-245-3416
                              Attorneys for Plaintiff
                              CMitchell@forthepeople.com
                              LBland@forthepeople.com
                              DRamsey@forthepeople.com

## INTERROGATORIES TO DEFENDANT

1.  What is the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

2.  State your complete corporate name, nature of your business, whether you are licensed to do business in the State of Florida, whether you maintain agents for the transacting of your customary business in Seminole County, and whether your name as it appears in the Complaint is correct.

3.  List the names, addresses and telephone numbers of all persons believed or known by you, your agents or attorneys to have any knowledge concerning any of the issues raised in this lawsuit; and specify the subject matter about which the witnesses have knowledge. State whether you have obtained any statements (oral, written or recorded) from any of these witnesses, list the dates any such witness statements were taken, by whom any such witness statements were taken and who has present possession, custody and control of any such statements.

4.  Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit?  If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place, and substance of each statement.

5.  State the name and address of every person known to you, your agents, or your attorneys who has knowledge about, or possession, custody, or control of, any model, plat, map, drawing, motion picture, videotape, or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what item such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

6.  State whether any insurance agreement or agreements exist under which any person or company carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse any payments made to satisfy any such judgment or settlement.  If so,

     a.  What is name of each company who has issued any such policy;
     b.  The limits of liability for injury to any one person under the terms of each such policies;
     c.  The limits of liability for injury to more than one person under the terms of each policies;
     d.  Whether any such insurer has notified you that it claims the policy provisions have been violated or the policy is otherwise inapplicable to circumstances of this case, and if so, the date of such notification and the reason given by such insurer for such a claim;
     e.  The name/address of person now having custody of a copy of each of such insurance policies.

7.   Please state the period of time for which the Plaintiffs had been insured by any contract of insurance issued by your company.

8.   Please state the yearly premiums paid for each contract of insurance purchased by the Plaintiff during the entire time that each contract was or is in force.

9.   Please state each type of insurance contract(s) ever purchased by the Plaintiff from your company.

10.  List the names, residence addresses, business addresses and telephone numbers of all persons who, on your behalf or on behalf of your agents or representatives, have in any way participated in the investigation, adjusting or handling of the claim for benefits involved herein and specify the date and the nature of the participation of each person.

11. For any and all policy defenses which you reasonably believe are available with regard to Plaintiffs' claim in this action, describe in detail the factual and legal basis for any such defenses and give complete names, residence addresses, business addresses and telephone numbers of each and every person believed or known by you, your agents or attorneys, to have knowledge of the facts which would provide the basis for any such defenses.

12. Describe in detail each act or omission on the part of any party to this lawsuit that you contend constituted negligence that was a contributing legal cause of the incident in question.

13. State the facts upon which you rely for each affirmative defense in your answer.

14. List the names, addresses and official positions of each and every person in your employ or in the employ of anyone on your behalf who has had any involvement in the review of the denial or withholding of Plaintiffs' uninsured motorist claim and state in what capacity they were involved, the date they were involved and the nature of their involvement.

15. Do you intend to call any expert witnesses at the trial of this case?  If so, state as to each such witness the name and business address of the witness, the witness's qualifications as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts and opinions to which the witness is expected to testify, and a summary of the grounds for each opinion.

16. Have you made an agreement with anyone that would limit that party's liability to anyone for any of the damages sued upon in this case?  If so, state the terms of the agreement and the parties to it.

STATE OF _____

COUNTY OF _____

_____ being duly sworn, states that

the matters and things contained in the foregoing interrogatory answers are true to the best of my

knowledge, information and belief.

_____
Agent and or representative on behalf of Defendant

SWORN TO AND SUBSCRIBED before me this

_____ day of _____, 2017

_____
Notary Public (signature)

_____
Notary Public (type, print stamp commission)

My Commission Expires: _____

❑   Personally Known OR
❑   Produced Identification
❑   Type of Identification Produced: _____

Filing # 52054410 E-Filed 02/03/2017 03:40:20 PM

IN THE CIRCUIT COURT OF THE
18TH JUDICIAL CIRCUIT, IN AND
FOR SEMINOLE COUNTY, FLORIDA

CASE NO.

KIMBERLEY SCHWARTZ AND
ELAYNA SCHWARTZ,

               Plaintiffs,

vs.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

               Defendant.

_____ /

## NOTICE OF SERVICE OF INTERROGATORIES

COME NOW the Plaintiffs, by and through their undersigned counsel, pursuant to Rule

1.340, Florida Rules of Civil Procedure, and hereby give notice of propounding Interrogatories to

Defendant, to be answered within 45 days from date of service.

Dated this 3rd day of February, 2017

                         /s/ W. Clay Mitchell, Jr.
                        W. Clay Mitchell, Jr., Esquire
                        FBN: 0077488
                        Morgan & Morgan, P.A.
                        20 N. Orange Avenue, 9th Floor
                        Orlando, FL 32801
                        407-420-1414, fax 407-245-3416
                        Attorneys for Plaintiff
                        CMitchell@forthepeople.com
                        LBland@forthepeople.com
                        DRamsey@forthepeople.com

## INTERROGATORIES TO DEFENDANT

1.   What is the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

2.   State your complete corporate name, nature of your business, whether you are licensed to do business in the State of Florida, whether you maintain agents for the transacting of your customary business in Seminole County, and whether your name as it appears in the Complaint is correct.

3.   List the names, addresses and telephone numbers of all persons believed or known by you, your agents or attorneys to have any knowledge concerning any of the issues raised in this lawsuit; and specify the subject matter about which the witnesses have knowledge.  State whether you have obtained any statements (oral, written or recorded) from any of these witnesses, list the dates any such witness statements were taken, by whom any such witness statements were taken and who has present possession, custody and control of any such statements.

4.  Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit?  If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place, and substance of each statement.

5.  State the name and address of every person known to you, your agents, or your attorneys who has knowledge about, or possession, custody, or control of, any model, plat, map, drawing, motion picture, videotape, or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what item such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

6.  State whether any insurance agreement or agreements exist under which any person or company carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse any payments made to satisfy any such judgment or settlement.  If so,

    a.  What is name of each company who has issued any such policy;
    b.  The limits of liability for injury to any one person under the terms of each such policies;
    c.  The limits of liability for injury to more than one person under the terms of each policies;
    d.  Whether any such insurer has notified you that it claims the policy provisions have been violated or the policy is otherwise inapplicable to circumstances of this case, and if so, the date of such notification and the reason given by such insurer for such a claim;
    e.  The name/address of person now having custody of a copy of each of such insurance policies.

7.  Please state the period of time for which the Plaintiffs had been insured by any contract of insurance issued by your company.

8.  Please state the yearly premiums paid for each contract of insurance purchased by the Plaintiff during the entire time that each contract was or is in force.

9.  Please state each type of insurance contract(s) ever purchased by the Plaintiff from your company.

10. List the names, residence addresses, business addresses and telephone numbers of all persons who, on your behalf or on behalf of your agents or representatives, have in any way participated in the investigation, adjusting or handling of the claim for benefits involved herein and specify the date and the nature of the participation of each person.

11. For any and all policy defenses which you reasonably believe are available with regard to Plaintiffs' claim in this action, describe in detail the factual and legal basis for any such defenses and give complete names, residence addresses, business addresses and telephone numbers of each and every person believed or known by you, your agents or attorneys, to have knowledge of the facts which would provide the basis for any such defenses.

12. Describe in detail each act or omission on the part of any party to this lawsuit that you contend constituted negligence that was a contributing legal cause of the incident in question.

13. State the facts upon which you rely for each affirmative defense in your answer.

14. List the names, addresses and official positions of each and every person in your employ or in the employ of anyone on your behalf who has had any involvement in the review of the denial or withholding of Plaintiffs' uninsured motorist claim and state in what capacity they were involved, the date they were involved and the nature of their involvement.

15. Do you intend to call any expert witnesses at the trial of this case? If so, state as to each such witness the name and business address of the witness, the witness's qualifications as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts and opinions to which the witness is expected to testify, and a summary of the grounds for each opinion.

16. Have you made an agreement with anyone that would limit that party's liability to anyone for any of the damages sued upon in this case? If so, state the terms of the agreement and the parties to it.

STATE OF _____

COUNTY OF _____

_____ being duly sworn, states that

the matters and things contained in the foregoing interrogatory answers are true to the best of my

knowledge, information and belief.

_____
Agent and or representative on behalf of Defendant

SWORN TO AND SUBSCRIBED before me this

_____ day of _____, 2017

_____
Notary Public (signature)

_____
Notary Public (type, print stamp commission)

My Commission Expires:        _____

☐   Personally Known OR
☐   Produced Identification
☐   Type of Identification Produced: _____

# MORGAN & MORGAN

### Attorneys At Law

20 N. ORANGE AVENUE, 16th FLOOR
POST OFFICE BOX 4979
ORLANDO, FL 32802-4979
(407) 420-1414

October 13, 2015

**CERTIFIED MAIL- RETURN RECEIPT REQUESTED**

Cre Banks
State Farm
PO Box 106139
Atlanta, GA  30348-6139

| | | |
|---|---|---|
| Re: | Our Client: | Kimberley Schwartz |
| | Claim No: | 59680C153 |
| | D/Accident: | June 24, 2015 |

Dear Ms. Banks:

As you are aware, we represent Kimberley Schwartz for injuries sustained in the above referenced accident. The tortfeasor was underinsured for the purpose of bodily injury liability coverage. Enclosed you will find a copy of the declaration page from Liberty Mutual Insurance Company confirming the bodily injury liability limits of $10,000.00.

Enclosed herewith please find a copy of our demand portfolio recently submitted to Liberty Mutual Insurance Company. As you will see, we have demanded that they tender their policy limits of $10,000.00.

This will serve as formal notice to you of our intent to pursue an underinsured motorist claim under our client's policy. Our demand is for your full policy limits of $100,000.00. Please take the next thirty (30) days to review the enclosed materials and be in a position to grant written permission to accept the tortfeasor limits at the end of that thirty (30) day period. I will have the Case Manager, Tammy Lynch, contact you once the tortfeasor has tendered their policy limits.

Should you require any additional information, please contact Tammy Lynch directly at (407) 420-6683 or tammylynch@forthepeople.com.

Respectfully,

W. Clay Mitchell, Jr.

WCM/tll/tll



EXHIBIT
**B**

www.forthepeople.com

ATLANTA, GA ◆ BOWLING GREEN, KY ◆ COLUMBUS, GA ◆ DAYTONA BEACH, FL ◆ FT. MYERS, FL ◆ JACKSON, MS ◆ JACKSONVILLE, FL ◆ KISSIMMEE, FL ◆ LAKELAND, FL
LEXINGTON, KY ◆ LOUISVILLE, KY ◆ MANHATTAN, NY ◆ MELBOURNE, FL ◆ MEMPHIS, TN ◆ NAPLES, FL ◆ NASHVILLE, TN ◆ ORLANDO, FL ◆ PLANTATION, FL
PRESTONSBURG, KY ◆ ST. PETERSBURG, FL ◆ SARASOTA, FL ◆ SAVANNAH, GA ◆ TALLAHASSEE, FL ◆ TAMPA, FL ◆ TAVARES, FL ◆ THE VILLAGES, FL ◆ WINTER HAVEN, FL

# MORGAN & MORGAN

*Attorneys At Law*

20 N. ORANGE AVENUE, 16th FLOOR
POST OFFICE BOX 4979
ORLANDO, FL 32802-4979
(407) 420-1414

December 3, 2015

**CERTIFIED MAIL- RETURN RECEIPT REQUESTED**

▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
* 2 7 8 9 3 1 0 *
Ms. Cre Banks
State Farm Insurance Company
P.O. Box 106134
Atlanta, GA  30348

Re:       Our Client:        Elayna R. Schwartz
          Your Insured:      Kimberley Schwartz
          Claim No:          59680C153
          D/Accident:        June 24, 2015

Dear Ms. Banks:

As you are aware, we represent Elayna R. Schwartz for injuries sustained in the above referenced accident. The tortfeasor was underinsured for the purpose of bodily injury liability coverage. Enclosed you will find a copy of the declaration page from Liberty Mutual confirming the bodily injury liability limits of $10,000.00.

Enclosed herewith please find a copy of our demand portfolio recently submitted to Liberty Mutual. As you will see, we have demanded that they tender their policy limits of $10,000.00.

This will serve as formal notice to you of our intent to pursue an underinsured motorist claim under our client's policy. Our demand is for your full policy limits of $100,000.00. Please take the next thirty (30) days to review the enclosed materials and be in a position to grant written permission to accept the tortfeasor limits at the end of that thirty (30) day period. I will have the Case Manager, Tammy Lynch, contact you once the tortfeasor has tendered their policy limits.

Should you require any additional information, please contact Tammy Lynch directly at (407) 420-6683 or tammylynch@forthepeople.com.

Respectfully,

W. Clay Mitchell, Jr.

WCM/tll/tll

EXHIBIT
**C**

www.forthepeople.com

ATLANTA, GA   ◆  BOWLING GREEN, KY   ◆   COLUMBUS, GA   ◆   DAYTONA BEACH, FL   ◆   FT. MYERS, FL   ◆   JACKSON, MS   ◆   JACKSONVILLE, FL   ◆   KISSIMMEE, FL   ◆   LAKELAND, FL
LEXINGTON, KY   ◆   LOUISVILLE, KY   ◆   MANHATTAN, NY   ◆   MELBOURNE, FL   ◆   MEMPHIS, TN   ◆   NAPLES, FL   ◆   NASHVILLE, TN   ◆   ORLANDO, FL   ◆   PLANTATION, FL
PRESTONSBURG, KY   ◆   ST. PETERSBURG, FL   ◆   SARASOTA, FL   ◆   SAVANNAH, GA   ◆   TALLAHASSEE, FL   ◆   TAMPA, FL   ◆   TAVARES, FL   ◆   THE VILLAGES, FL   ◆   WINTER HAVEN, FL