Filing # 52054410 E-Filed 02/03/2017 03:40:20 PM

IN THE CIRCUIT COURT OF THE
18TH JUDICIAL CIRCUIT, IN AND
FOR SEMINOLE COUNTY, FLORIDA

CASE NO.

KIMBERLEY SCHWARTZ AND
ELAYNA SCHWARTZ,

    Plaintiffs,

vs.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

    Defendant.
_____/

## COMPLAINT

COME NOW the Plaintiffs, KIMBERLEY SCHWARTZ and ELAYNA SCHWARTZ, by and through their undersigned counsel, and sue Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and allege:

1. This is an action for damages that exceed Fifteen Thousand Dollars ($15,000.00), exclusive of interest, costs and attorneys' fees.

2. At all times material hereto, Plaintiff, KIMBERLEY SCHWARTZ, is a resident of Seminole County, Florida.

3. At all times material hereto, Plaintiff, ELAYNA SCHWARTZ, is resident of Seminole County, Florida.

4. At all times material hereto, Defendant is a foreign profit corporation authorized to do business and doing business in the state of Florida, and is the UM carrier for the Plaintiffs.

5. On or about June 24, 2015, the Plaintiff, KIMBERLEY SCHWARTZ, was operating a motor vehicle travelling on SR 436, with Plaintiff, ELAYNA SCHWARTZ, as her passenger, and was stopped at the traffic light located at SR 436 & Wymore Road in Altamonte Springs, Florida.

6. On or about June 24, 2015, Shannon Frye, an underinsured motorist, was travelling on SR 436, and negligently operated and/or maintained the motor vehicle she was operating when she failed to stop, and rear-ended the motor vehicle that Plaintiff, KIMBERLEY SCHWARTZ, was operating with Plaintiff, ELAYNA SCHWARTZ, as her passenger.

7. All incidents giving rise to this action occurred in Altamonte Springs, Seminole County, Florida.

## COUNT I – PLAINTIFF, KIMBERLEY SCHWARTZ' CLAIM OF NEGLIGENCE AS TO DEFENDANT, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

8. Plaintiff, KIMBERLEY SCHWARTZ, realleges and incorporates by reference paragraphs one through seven, and further states:

9. Defendant issued and delivered a policy of insurance to the Plaintiff which was in full force and effect on the date of the accident, with policy number C54 4449C2459A.

10. Under the terms of the insurance policy, Defendant provided uninsured/underinsured motorist coverage in the amount of $100,000/$300,000.

11. Defendant has in its custody and control a copy of the insurance policy and, therefore, it is not attached to the Complaint.

12. Plaintiff has furnished Defendant timely notice of the automobile accident and proof of the claim for damages described above and has otherwise performed all conditions precedent to

entitle recovery under the uninsured/underinsured portion of the policy but Defendant has denied that coverage exists and/or refused to pay Plaintiff for the full value of the claim.

13. As a direct and proximate result of Defendant's negligence, the Plaintiff, KIMBERLEY SCHWARTZ, suffered bodily injury including a permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation of an existing condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff's motor vehicle was also damaged.

WHEREFORE, Plaintiff, KIMBERLEY SCHWARTZ, demands judgment for damages against Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and other such relief deemed proper by the Court. Plaintiff also demands a jury trial on all issues so triable.

## COUNT II – PLAINTIFF, ELAYNA SCHWARTZ' CLAIM OF NEGLIGENCE AS TO DEFENDANT, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

14. Plaintiff, ELAYNA SCHWARTZ, realleges and incorporates by reference paragraphs one through seven, and further states:

15. Defendant issued and delivered a policy of insurance to the Plaintiff which was in full force and effect on the date of the accident, with policy number C54 4449C2459A.

16. Under the terms of the insurance policy, Defendant provided uninsured/underinsured motorist coverage in the amount of $100,000/$300,000.

3

17. Defendant has in its custody and control a copy of the insurance policy and, therefore, it is not attached to the Complaint.

18. Plaintiff has furnished Defendant timely notice of the automobile accident and proof of the claim for damages described above and has otherwise performed all conditions precedent to entitle recovery under the uninsured/underinsured portion of the policy but Defendant has denied that coverage exists and/or refused to pay Plaintiff for the full value of the claim.

19. As a direct and proximate result of Defendant's negligence, the Plaintiff, ELAYAN SCHWARTZ, suffered bodily injury including a permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation of an existing condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, ELAYNA SCHWARTZ, demands judgment for damages against Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and other such relief deemed proper by the Court. Plaintiff also demands a jury trial on all issues so triable.

Dated this 3rd day of February, 2017

/s/ W. Clay Mitchell, Jr.
W. Clay Mitchell, Esquire
FBN: 0077488
Morgan & Morgan, P.A.
20 N. Orange Avenue, 9th Floor
Orlando, FL 32801
407-420-1414, fax 407-245-3416
Attorneys for Plaintiffs
CMitchell@forthepeople.com
LBland@forthepeople.com
DRamsey@forthepeople.com